# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL LAMAR SHELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SULLIVAN, *et al.*,<br><br>　　　　Defendants. | Case No. 1:19-cv-00788-BAM (PC)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT<br><br>(ECF No. 11)<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Lionel Lamar Shell ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On November 20, 2019, the Court screened Plaintiff's complaint and granted Plaintiff leave to file a first amended complaint within thirty (30) days. (ECF No. 10.)

Currently before the Court is Plaintiff's motion for a thirty-day extension of time to file a first amended complaint, filed December 23, 2019. (ECF No. 11.) Plaintiff states that a stomach illness has hampered his ability to research and prepare a response. (Id.) The Court finds good cause to grant the requested extension of time. Fed. R. Civ. P. 6(b).

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for extension of time to file a first amended complaint, (ECF No. 11), is GRANTED;
2. The Clerk's Office shall send Plaintiff a complaint form;

1

3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file an amended complaint curing the deficiencies identified by the Court in the November 20, 2019 screening order or file a notice of voluntary dismissal; and
4. If Plaintiff fails to file an amended complaint in compliance with this order, the Court will recommend dismissal of this action, with prejudice, for failure to obey a court order and for failure to state a claim.

IT IS SO ORDERED.

Dated: **December 26, 2019**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE