UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL LAMAR SHELL,<br><br>        Plaintiff,<br><br>    v.<br><br>W.J. SULLIVAN, et al.,<br><br>        Defendants. | Case No. 1:19-cv-00788-JLT (PC)<br><br>**ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR REPORT OF FILING-FEE PAYMENTS**<br><br>(Doc. 16) |

     Plaintiff requests "a copy of all the payments … made to this court regarding Prison Litigation Reform Act." (Doc. 16.) The Court construes this as a request for a report of the filing-fee payments that Plaintiff has made for this action pursuant to 28 U.S.C. § 1915(b). Given the Court's heavy caseload, the Court does not generally grant such requests because the information is available to prisoner-plaintiffs through their prison trust office. However, according to court records, as of June 1, 2020, Plaintiff has paid $295.55 of the filing fee for this action. His remaining balance is $54.45.

IT IS SO ORDERED.

    Dated:   **June 2, 2020**                          **/s/ Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE